```
                    F I L E D
              CLERK, U.S. DISTRICT COURT
                    6/10/2021
              CENTRAL DISTRICT OF CALIFORNIA
              BY: _____eva_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | No.  8:21-cr-00113-FLA |
| v. | |
| SARFRAZ NAWAZ YOUSUF, et al., | **NOTICE TO COURT OF** |
| DEFENDANT(S) | **RELATED CRIMINAL CASE** |
| | (PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

United States v. Fitting, et al., Case No. SA CR 20-144-DOC, which:

__X__   were previously assigned to the Honorable David O. Carter;

_____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

__X__   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

_____   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: June 10, 2021                    */s/ Keith D. Ellison*
                                        KEITH D. ELLISON
                                        Assistant United States Attorney